286

**UNITED STATES of America v. Honorable Eugene RICE, Judge of the District Court of the United States for the Eastern District of Oklahoma.**

**Nos. 2043, 2044, 2047.**

Circuit Court of Appeals, Tenth Circuit.

Nov. 18, 1940.

Charles N. Champion, Asst. U. S. Atty., of Muskogee, Okl., for petitioner.

Pryor, Sandlin & Wilson, of Holdenville, Okl., L. G. Owen and Forrest M. Darrough, both of Tulsa, Okl., and Busby, Harrell & Trice, of Ada, Okl., for respondent.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Petitions for writs of mandamus dismissed pursuant to stipulation and judgment of the court in United States of America v. Rice, Judge of the District Court of the United States for the Eastern District of Oklahoma, 115 F.2d 389.

**UNITED STATES of America, Appellant, v. Florence TREADWAY and Nellie L. Horton, Administratrix, Appellees.**

**No. 8814.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 8, 1940.

John T. Metcalf, U. S. Atty., of Lexington, Ky., for appellant.

Stephens L. Blakely, of Covington, Ky., for appellees.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

Upon motion of the United States of America by John T. Metcalf, United States Attorney for the Eastern District of Kentucky, it appearing that due notice was given to the appellees, it is ordered that the appeal taken by the United States of America from the judgment of the United States District Court for the Eastern District of Kentucky be and it is hereby docketed and dismissed.

**Mike WALLACE and James Abner Endress, Appellants, v. UNITED STATES of America, Appellee.**

**Nos. 8577, 8578.**

Circuit Court of Appeals, Sixth Circuit.

Dec. 11, 1940.

Bailey Walsh, of Memphis, Tenn., for appellant Mike Wallace.

Robert Pharr, of Memphis, Tenn., for appellant Endress.

Wm. McClanahan and C. P. J. Mooney, both of Memphis, Tenn., for appellee.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

In an appeal from a conviction upon an indictment charging the removal of distilled spirits on which a tax had not been paid, and to conceal such spirits, the appellants complain that there was no substantial evidence upon which to submit an issue of their guilt to the jury, and that the court should have granted their motions for directed verdict.

It appearing to the court that the evidence of the guilt of each defendant was substantial and sufficient to sustain the verdict of the jury, and the court observing no other prejudicial error in the case, it is ordered that the judgment be and it is hereby affirmed.